| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-24219 / CMG**

Shelly Liick

Petition Filed Date: 07/23/2019
341 Hearing Date: 08/29/2019
Confirmation Date: 10/02/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/03/2020 | $782.00 | 66107740 | 03/09/2020 | $782.00 | 66270720 | 03/09/2020 | $782.00 | 66270740 |
| 04/06/2020 | $782.00 | 66953940 | 04/27/2020 | $782.00 | 67426770 | 07/01/2020 | $782.00 | 69074190 |
| 08/05/2020 | $782.00 | 69945740 | 10/26/2020 | $782.00 | 71828440 | 10/29/2020 | ($782.00) | 71828440 |

**Total Receipts for the Period: $5,474.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,166.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Shelly Liick | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRIAN D WINTERS, ESQ<br>»»  8/30/19 AMD DISCLOSURE | Attorney Fees | $2,100.00 | $2,100.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  THE BANK OF MISSOURI/MILESTONE MC | Unsecured Creditors | $482.16 | $0.00 | $482.16 |
| 2 | LVNV FUNDING LLC<br>»»  SHERMAN/CREDIT ONE | Unsecured Creditors | $771.86 | $0.00 | $771.86 |
| 3 | NEWREZ MORTGAGE LLC<br>»»  P/563 HOWELL AVE/1ST MTG | Mortgage Arrears | $31,589.29 | $7,380.21 | $24,209.08 |

**Chapter 13 Case No. 19-24219 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,166.00 | Plan Balance: | $36,754.00 ** |
| Paid to Claims: | $9,480.21 | Current Monthly Payment: | $782.00 |
| Paid to Trustee: | $685.79 | Arrearages: | $4,692.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $46,920.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**