Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 19−24219−CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Shelly Liick
    aka Shelly A Liick, fka Shelly A Wyatt
    563 Howell Ave.
    Ewing, NJ 08628

Social Security No.:
    xxx−xx−0074

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/3/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: March 3, 2021
JAN: dmi

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 19-24219-CMG

Shelly Liick                                                                                            Chapter 13

      Debtor

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 03, 2021 | Form ID: 148 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#       Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shelly Liick, 563 Howell Ave., Ewing, NJ 08628-2941 |
| 518365670 | + | Capital Health Medical, 1 Capital Way, Pennington, NJ 08534-2520 |
| 518365673 | + | EMA, PO Box 6081, Parsippany, NJ 07054-7081 |
| 518365674 | + | Jonathan Cohen, Esq., I. Mark Cohen Law Group, 1 Executive Drive, Suite 6, Tinton Falls, NJ 07701-4938 |
| 518365675 | #+ | KML Law Group, Sentry Office Plaza, 216 Haddon Ave., Suite 406, Westmont, NJ 08108-2812 |
| 518563396 | | New Residential Mortgage LLC, NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 518479405 | + | New Residential Mortgage LLC, c/o NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518365676 | + | Pellettieri, Rabstein & Altman, 989 Lenox Dr., Suite 101, Lawrenceville, NJ 08648-2315 |
| 518365677 | + | Shellpoint Mortgage, PO Box 19006, Greenville, SC 29602-9006 |
| 518365678 | + | TBOM/Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 518365679 | + | Trans Continental Credit & Collection, PO Box 5055, White Plains, NY 10602-5055 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 03 2021 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 03 2021 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518365669 | + | Email/Text: lshields@trafgroup.org | Mar 03 2021 21:21:00 | American Trading Company, PO Box 6448, Lawrence Township, NJ 08648-0448 |
| 518365671 | + | EDI: CAPITALONE.COM | Mar 04 2021 01:38:00 | Capital One, Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518365672 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 03 2021 21:33:54 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518469628 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2021 21:33:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518405145 | | EDI: Q3G.COM | Mar 04 2021 01:38:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 7

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian D. Winters | on behalf of Debtor Shelly Liick kwwlawfirm@aol.com garciakww@gmail.com;kimberlylrichterllc@gmail.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5